UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NASTASIA ENGLISH and FAIR HOUSING COUNCIL OF
CENTRAL NEW YORK, INC.,

                                              Plaintiffs,     **STIPULATION OF DISMISSAL**

vs.                                                 Civil Action No. 5:09-CV-150
                                                          GTS/GJD

AMC VALUE REALTY, LLC, CHARLES ARMSTRONG,
and MARIA ARMSTRONG,

                                             Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and whereas this action has been settled, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 30, 2009

_____
Ronald L. VanNorstrand, Esq.
Bar Roll No. 102759
Attorney for Plaintiffs
Century Plaza, Suite 530
201 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 422-3300

SO ORDERED: 12/8/09

_____
James G. Stevens, Jr., Esq.  by Matthew D. Gumaer
Bar Roll Number: 102673
Sugarman Law Firm, LLP         Bar Roll No. 510268
Attorneys for Defendants
211 West Jefferson Street, 2nd Floor
Syracuse, New York 13202
Tel: (315) 474-2943
jstevens@sugarmanlaw.com

_____
Gustave J. Dibianco
**United States Magistrate Judge**